# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRED STRAUSS, INDIVIDUALLY AND | § | |
| ON BEHALF OF ALL OTHERS | § | Civil Action No. 4:19-CV-620 |
| SIMILARLY SITUATED | § | (Judge Jordan/Judge Nowak) |
| | § | |
| v. | § | |
| | § | |
| LAKE CITY CREDIT, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 6, 2020, the report of the Magistrate Judge (Dkt. #17) was entered, containing proposed findings of fact and recommendations that the Motions to Dismiss submitted by *pro se* Defendant Gary S. Williky—one on behalf of himself, and the other on behalf of Defendant Lake City Credit (Dkts. #12, 14)—be denied.  Defendant Williky acknowledged receipt of the report on April 13, 2020 (Dkt. #18).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Motions to Dismiss submitted by *pro se* Defendant Gary S. Williky (Dkts. #12, 14) are **DENIED**.  If a licensed attorney does not appear on behalf of Defendant Lake City Credit, within fourteen (14) days from the date of this Memorandum, Plaintiff may proceed with any request for default judgment as to Defendant Lake City Credit.

**So ORDERED and SIGNED this 4th day of May, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE